

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **University Lands**

Bankruptcy Case: **Vanguard Natural Resources, LLC**

Preference Period: **Nov 4, 2016 - Feb 2, 2017**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Vanguard Operating, LLC | Vanguard Operating, LLC | 121516WT-A | $1,055.21 | 12/15/2016 | 121516ACH | 12/15/2016 | $1,055.21 |
| Vanguard Operating, LLC | Vanguard Operating, LLC | 120216WT-C | $34,046.56 | 12/2/2016 | 120216ACH | 12/2/2016 | $34,046.56 |
| Vanguard Operating, LLC | Vanguard Operating, LLC | 111416WT-B | $583.89 | 11/14/2016 | 111416ACH | 11/14/2016 | $583.89 |
| Vanguard Operating, LLC | Vanguard Operating, LLC | 110416WT-F | $31,702.89 | 11/4/2016 | 110416ACH | 11/4/2016 | $31,702.89 |
| Vanguard Operating, LLC | Vanguard Operating, LLC | 013117WT-J | $45,983.19 | 1/31/2017 | 013117ACH | 1/31/2017 | $45,983.19 |
| Vanguard Operating, LLC | Vanguard Operating, LLC | 011317WT-B | $806.68 | 1/13/2017 | 011317ACH | 1/13/2017 | $806.68 |
| Vanguard Operating, LLC | Vanguard Operating, LLC | 010417WT-D | $32,816.82 | 1/4/2017 | 010417ACH | 1/4/2017 | $32,816.82 |

**Totals:**   **7 transfer(s),   $146,995.24**