**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| VANGUARD NATURAL RESOURCES, LLC, *et al.,*[1] | Case No. 17-30560 |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| VANGUARD NATURAL RESOURCES, LLC, | |
| Plaintiff, | |
| vs. | |
| The Board of Regents of The University of Texas System, | Adv. No. 19-03229 |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter is dismissed with prejudice.  An answer has not been filed.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Vanguard Natural Resources, LLC (1161); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Encore Clear Fork Pipeline LLC (2032); Escambia Asset Co. LLC (3869); Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); VNR Finance Corp. (1494); and VNR Holdings, LLC (6371). The location of the Reorganized Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

Dated: April 24, 2019

ASK LLP

*/s/ Kara E. Casteel*
Kara E. Casteel, Esq., MN SBN 0389115
*(admitted pro hac vice)*
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342

*Counsel for Plaintiff, Vanguard*
*Natural Resources, LLC*

Dated: April 24, 2019

IN-HOUSE COUNSEL

*/s/ Traci Lee Cotton*
Traci Lee Cotton, Esq.
Associate General Counsel
The University of Texas System
210 West Seventh Street
Austin, TX 78701
Telephone: 512-499-4462
Email: tcotton@utsystem.edu

*Counsel for Defendant, The Board of*
*Regents of The University of Texas System*